UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

LAWRENCE PEEBLES, on behalf of himself and all others similarly situated,

                     Plaintiff,

    -v.-

CONCOURSE VILLAGE, INC., AND FIRSTSERVICE RESIDENTIAL NEW YORK, INC.,

                     Defendants.

------------------------------------------------------------------------ x

Case No. 1:20-cv-06940 (GHW)

**NOTICE OF JOINT MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF THE SETTLEMENT CLASS; AND (3) ENTRY OF JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Parties' Joint Motion for Final Approval of Settlement dated February 15, 2022, the Declaration of Brett R. Gallaway dated February 15, 2022, together with the exhibits annexed thereto; Plaintiff and Defendants, by and through their respective counsel, shall jointly move this Court, Honorable Gregory H. Woods, United States District Judge, on March 2, 2022 at 2:00 p.m., for an Order as follows: (i) granting final approval of the Settlement on the terms set forth in the Joint Stipulation of Settlement and Release (the "Settlement Agreement") (Dkt. No. 44-1); (ii) certifying the settlement class for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); and (iii) entering judgment in accordance with the Settlement Agreement.

Dated: New York, New York
         February 15, 2022

                                                               McLAUGHLIN & STERN, LLP

                                                               By: _____
                                                                    Brett R. Gallaway
                                                                    Lee S. Shalov
                                                                    Jason S. Giaimo
                                          260 Madison Avenue
                                          New York, New York 10016
                                          Tel.: (212) 448-1100
                                          *Attorneys for Plaintiffs*